FILED
2008 May-07 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **GIANNY M. ESCOBAR,** ) | |
| ) | |
| **Petitioner,** ) | |
| vs. ) | **Case No.: 7:08-CV-326-RDP-TMP** |
| ) | |
| **DEPARTMENT OF JUSTICE; U.S.** ) | |
| **CITIZENSHIP AND IMMIGRATION,** ) | |
| ) | |
| **Respondents.** ) | |

## O R D E R

On April 3, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for writ of mandamus be dismissed. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of mandamus in the above-styled cause is due to be and the same is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**DONE** and **ORDERED** this   7th   day of May, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE